IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN DOOGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No.: 12-cv-01148-DRH-PMF** |
| ) | |
| **UNION PACIFIC** ) | |
| **RAILROAD COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Now comes Plaintiff, Brian Doogan, by his attorney, William P. Gavin, and hereby gives notice to the Court that the parties to this action have reached an oral settlement agreement which has been confirmed in a letter to Defendant's counsel by Plaintiff's counsel pursuant to 735 ILCS 5/2-2301 (Supp. 2014).

s/William P. Gavin
WILLIAM P. GAVIN IL#03127132
LEAD COUNSEL OF RECORD
GAVIN LAW FIRM
17 Park Place Professional Centre
Belleville, Illinois  62226
PHONE:   (618) 236-0100
billg@gavinlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIAN DOOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 12-cv-01148-DRH-PMF |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Defendant. | ) | |

**PROOF OF SERVICE**

I hereby certify that on January 13, 2014, I electronically filed Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

Tracy J. Cowan
HAWKINS, PARNELL & THACKSTON, LLP
10 South Broadway, Ste. 1300
St. Louis, MO  63102
PHONE:  (314) 678-8600
tcowan@hptylaw.com

Thomas E. Jones
THOMPSON COBURN LLP
525 West Main Street
Belleville, IL  62222-0750
PHONE:  (618) 277-4700
tjones@thompsoncoburn.com

**ATTORNEYS   FOR DEFENDANT**

s/William P. Gavin
WILLIAM P. GAVIN IL #03127132
Lead Counsel for Plaintiff
GAVIN LAW FIRM
17 Park Place Professional Centre
Belleville, IL  62226
PHONE:  (618) 236-0100
billg@gavinlaw.com

**ATTORNEY FOR PLAINTIFF**