## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**BRIAN DOOGAN**,

     **Plaintiff,**

**v.**

**UNION PACIFIC RAILROAD COMPANY,**

     **Defendant.**                   **No. 12-cv-1148-DRH**

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on January 13, 2014 (Doc. 83), this case is **DISMISSED** with prejudice.

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**

                    **BY:**___/s/*Sara Jennings*_____
                       **Deputy Clerk**

Dated:   March 18, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.18
12:37:13 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**